Matter of Estate of James H. Hass v Allman (2024 NY Slip Op 05205)

Matter of Estate of James H. Hass v Allman

2024 NY Slip Op 05205

Decided on October 23, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 23, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
PAUL WOOTEN
DEBORAH A. DOWLING
CARL J. LANDICINO, JJ.

2022-08962

[*1]In the Matter of Estate of James H. Hass, etc., petitioner,
v
Richard N. Allman, etc., et al., respondents. Michael Greber, Brooklyn, NY, for petitioner.

Letitia James, Attorney General, New York, NY (Charles F. Sanders of counsel), for respondent Richard N. Allman.
Cooperman Lester Miller Carus LLP, Manhasset, NY (Eric H. Gruber of counsel), for respondents Daniel V. Perla and Gemini Realty Investors.

DECISION & JUDGMENT
Proceeding pursuant to CPLR article 78, inter alia, in effect, in the nature of mandamus to compel the respondent Richard N. Allman, a Court Attorney Referee of the Supreme Court, Kings County, to issue and direct entry of a judgment in an action entitled Estate of James H. Hass v Perla, pending in that court under Index No. 40679/96.
ADJUDGED that the proceeding is dismissed, without costs or disbursements.
This Court does not have subject matter jurisdiction to entertain this proceeding (see CPLR 7804[b]; 506[b]; Matter of Tonawanda Seneca Nation v Noonan, 27 NY3d 713).
BARROS, J.P., WOOTEN, DOWLING and LANDICINO, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court